```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

JUL 30 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAFAEL MELARA,<br><br>Defendant. | NO. CR19-5330 DWC<br><br>MISDEMEANOR CRIMINAL INFORMATION |

The United States Attorney charges that:

Count One
(Delay or Destruction of Mail or Newspapers)

On or about October 16, 2018, in Lakewood, Washington, in the Western District of Washington, RAFAEL MELARA, a United States Postal Service employee, improperly detained, delayed, and destroyed newspaper materials.

//
//
//

CRIMINAL INFORMATION // RAFAEL MELARA - 1

1  All in violation of Title 18, United States Code, Section 1703(b).
2  DATED this 30TH day of JULY 2019.

_____
for BRIAN T. MORAN
United States Attorney

_____
JAMES D. OESTERLE
Assistant United States Attorney

_____
TOBIAS D. TOBLER
Assistant United States Attorney

CRIMINAL INFORMATION // RAFAEL MELARA - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970